

**ORDERED in the Southern District of Florida on November 25, 2013.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| IN RE: | CASE NO.:13-25433-BKC-AJC |
|---|---|
| OSCAR GIBBONS, | Chapter 7 |
| Debtor./ | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE
STIPULATION FOR COMPROMISE AND SETTLEMENT**

**THIS CAUSE** came before the Court upon Ross R. Hartog, Trustee's Motion to Approve Stipulation for Compromise and Settlement(the "Motion") (ECF 34). The Court having reviewed the Motion and the Certificate of No Response, having noted that no objections were filed, finding that the settlement subject of the Motion meets the criteria set forth in *In re Justice Oaks II, Ltd.,* 898 F.2d 1544 (11th Cir. 1990) and thus, is in the best interest of the Estate, and finding that the notice

of the proposed compromise and settlement is sufficient to comply with Bankruptcy Rule 9019 and 2002(a)(3), Local Rule 9013-1(D), and any other applicable notice requirement, it is

**ORDERED AS FOLLOWS:**

1. The Motion is **GRANTED**.

2. The compromise and settlement is approved on the terms and conditions set forth in the Motion and Stipulation attached to the Motion.

3. The Court incorporates the terms of the Stipulation into this Order and retain jurisdiction to enforce the terms thereof.

# # #

Submitted by:

Ross R. Hartog, Trustee
9130 So. Dadeland Blvd., Suite 1800
Miami, Florida 33156
Tel:    305-670-5000
Fax:   305-670-5011
EM:    trustee@mrthlaw.com

Trustee HARTOG shall serve a conformed copy of this Order
upon all interested parties and file a Certificate of Service.

N:\USERS\Joy\Trustee Pleadings (Hartog)\Settlement Motion\Gibbons, Oscar.wpd