UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:                                                        Case No. 13-25433-AJC

Oscar R Gibbons,

                                                              Chapter 7

Debtor.

_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

Counsel for the Debtor, Robert Sanchez, Esq., pursuant to Local Rule 2091-1

moves to withdraw as counsel for the Debtor, Oscar R Gibbons , and in support provides

as follows:

1.  The Debtor filed the instant Chapter 7 case on June 28, 2015.

2.  The Debtor appeared at the meeting of creditors on September 10, 2013.

3.  The Trustee and the Debtor agreed to a stipulation to Compromise Controversy

with Debtor regarding the valuation and repurchase of non-exempt assets ("Stipulation").

4.  On November 26, 2013, this Court approved the stipulation by the Order Granting

Motion To Compromise Controversy [ECF#36].

5.  On December 5, 2015, the Debtor was discharged.

6.  On or about November 19, 2015, the Trustee advised that the Debtor had fallen

behind with payments on the Stipulation.

7.  The Trustee has since filed Notice of Filing Trustee's Notice of Default

[ECF#45]; Motion to Vacate Discharge [ECF#46]; and Motion to Compel Turnover of

Non-Exempt Assets [ECF#48].

8.  Since November 19, 2015, the undersigned has attempted to communicate with

the Debtor through various means, but has not received a response from the Debtor.

9.   The undersigned has been unable to obtain the Debtor's cooperation despite several requests and moreover, the undersigned has not been retained by the client pursuant to the above Motions.  At this time, the undersigned has lost all contact with the Debtor.

10. Therefore, the undersigned requests that this Court allow the undersigned to withdraw as counsel for the Debtor, and allow the Debtor time to retain other counsel so that she may comply with the Trustee's requests.

WHEREFORE, it is respectfully requested that this Court enter an Order allowing the undersigned to withdraw as counsel for the Debtor in this bankruptcy procedure and absolving counsel of any and all further responsibility for representing the Debtor, and allow the Debtor additional time to retain new counsel so that the Debtor may comply with the Trustee's requests.

## Certificate of Service

I HEREBY CERTIFY that a copy of this Motion to Withdraw as Counsel for Debtor was delivered by CERTIFIED U.S. Mail to Oscar R Gibbons, 2460 NW 42nd Street, Miami, FL 33142-4544; ECF to Ross R. Hartog, Trustee, 9130 So. Dadeland Boulevard, Suite 1800, Miami, Florida 33156; and by U.S. Mail to all creditors of record on this 9th day of December 2015.

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161