

**ORDERED in the Southern District of Florida on December 31, 2015.**

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO. 13-25433-AJC |
| OSCAR R. GIBBONS, | Chapter 7 |
| Debtor. | |
| _____/ | |

**ORDER GRANTING EX-PARTE AGREED MOTION TO CONTINUE MOTION TO VACATE ORDER DISCHARGING DEBTOR IN ACCORDANCE WITH APPROVED SETTLEMENT; MOTION TO COMPEL TURNOVER OF NON-EXEMPT ASSETS; AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

**THIS MATTER** came before the Court upon Debtor's Ex-Parte Agreed Motion to Continue Hearing on Motion to Vacate Order Discharging Debtor in accordance with Approved Settlement [D.E. 46]; Motion to Compel Turnover of Non-Exempt Assets [D.E. 48]; and Motion to Withdraw as Attorney of Record [D.E. 51] (the "Motions"). The Court having reviewed the record, noting the agreement of the parties and being otherwise fully advised, it is

**ORDERED:**

1. Debtor's Agreed Ex-Parte Motion to Continue the Motions [D.E. 54] set for January 5, 2016 at 10:30 AM is GRANTED.

2. Hearing on the Motions is continued to **February 9, 2016 at 2:00 p.m.** in Courtroom 7, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Miami, FL.

# # #

The Law Office of Robert Sanchez, P.A. is directed to mail a conformed copy of this order to all affected parties.